

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00419-CV

**IN THE INTEREST OF S.G.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02259
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellate counsel's motion to withdraw is GRANTED. Because Appellant is indigent, no costs are taxed against her. *See* TEX. R. APP. P. 20.1.

SIGNED November 5, 2014.

_____
Patricia O. Alvarez, Justice